IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LEWIS FLETCHER | * |
| *On Behalf of Himself and Others Similarly Situated* | * |
| PLAINTIFF | * Case No.: 1:15cv575 – GBL/MSN |
| v. | * |
| ASCOM NETWORK TESTING, INC. | * |
| DEFENDANT | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of Settlement Agreement. This case involves claims under the Fair Labor Standards Act ("FLSA"). When parties settle actions that would result in the dismissal of FLSA claims, settlement agreements must first be approved as fair and reasonable by the reviewing court and the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Taylor v. Progress Energy, Inc.*, 415 F.3d 364, 374 (4th Cir. 2005). After careful consideration and review of the Parties' Joint Motion for Approval of Settlement Agreement and the Confidential Settlement Agreement and General Release filed therewith, it is hereby:

ORDERED, that the Confidential Settlement Agreement and General Release executed by the parties and attached as Exhibit A to the parties' Joint Motion is APPROVED as a fair and reasonable resolution of the parties' FLSA

dispute;

ORDERED, that the Parties' Joint Motion for Approval of Settlement Agreement is GRANTED;

ORDERED, that this civil action is DISMISSED with prejudice; and

ORDERED, that the Clerk of Court will CLOSE this case.

Date: 9/29/15

/s/
Gerald Bruce Lee
United States District Judge

Judge, United States District Court